**No. 44346.**—Petitions 5763–R, etc., of A. L. Stanchfield et al. (Pembina).

Opinion by KEEFE, J. The record disclosed that during the period that the merchandise was in transit the value had increased. On the evidence it was found that there was no intention to defraud the revenue. The petitions were therefore granted.

**No. 44347.**—Petition 6001–R of Alex Schechter Corp. (New York).

Opinion by KEEFE, J. The record disclosed that full and complete information concerning the transaction was given to the appraiser and that there was no intention to defraud the revenue. The petition was therefore granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 19, 1940

**No. 44348.**—Protest 926562–G of Olivier Straw Goods Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hat bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44349.**—Protests 828660–G (A), etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44350.**—Protests 900393–G (C), etc., of Giuseppe Fantacci et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44351.**—Protests 473321–G, etc., of Feltex Corp. (New York.)

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.